GREEN v. BOMAR, WARDEN.

No. 87, Misc. Decided December 14, 1964.

Petitioner *pro se.*

*George F. McCanless,* Attorney General of Tennessee, and *Henry C. Foutch,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the United States District Court for the Middle District of Tennessee for a hearing in light of *Townsend* v. *Sain,* 372 U. S. 293.